DONALD W. SEARLES, Cal. Bar No. 135705
E-mail: searlesd@sec.gov
NICHOLAS S. CHUNG, Cal. Bar No. 192784
E-mail: chungni@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
John M. McCoy III, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone:  (323) 965-3998
Facsimile:   (323) 965-3908

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL W. PERRY and A. SCOTT KEYS,<br><br>    Defendants. | Case No. CV11 01309 GHK (JCx)<br><br>**NOTICE OF RELATED CASES** |

TO THIS HONORABLE COURT, ALL INTERESTED PARTIES, AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Plaintiff Securities and Exchange Commission (the "Commission") believes that the instant action and the following actions previously filed in the Central District of California are or may be "related cases" under Local Rule 83-1.3:

1. *Tripp v. IndyMac Bancorp, Inc., et al.*, Civil Action No. 07-CV-1635-GW (VBKx). The *Tripp* action is or may be related to the instant action in that there likely may be substantial duplication of labor if heard by different judges. The instant action alleges securities law violations by Defendant Michael W. Perry for making false and misleading statements regarding the financial condition of IndyMac Bancorp, Inc. ("IndyMac") related to the sale of its stock in 2008. While the *Tripp* action alleges securities law violations by IndyMac and Perry for allegedly false and misleading statements in 2007 regarding IndyMac's financial condition made, both actions involve Perry's conduct at IndyMac in making public statements to investors.

2. *Daniels v. Perry, et al.*, Civil Action No. CV-08-3812 GW (VBKx). The *Daniels* action is or may be related to the instant action in that they in part arise from the same or closely related events (Local Rule 83-1.3.1(a)); and the cases also call for the determination of the same or substantially related or similar questions of law and fact (Local Rule 83-1.3.1(b)). Both actions concern, among other things, allegedly false and misleading statements by IndyMac, Perry, and Keys in 2008 regarding IndyMac's financial condition.

DATED: February 11, 2011

Respectfully submitted,

_____
Nicholas S. Chung
Attorney for Plaintiff
Securities and Exchange Commission

1