D. Jean Veta (Admitted *Pro Hac Vice*)
jveta@cov.com
Benjamin J. Razi (Admitted *Pro Hac Vice*)
brazi@cov.com
Alexander L. Ellenberg (Admitted *Pro Hac Vice*)
aellenberg@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C.  20004
Tel:    (202) 662-6000
Fax:    (202) 662-6291

David B. Bayless (SBN 189235)
dbayless@cov.com
Tammy Albarrán (SBN 215605)
talbarran@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA  94111-5356
Tel.:   (415) 591-6000
Fax:   (415) 591-6091

Attorneys for Defendant
MICHAEL W. PERRY

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Case No.: CV 11-1309 GHK (JCx) |
| Plaintiff, | |
| v. | **CERTIFICATE AS TO INTERESTED PARTIES OF DEFENDANT MICHAEL W. PERRY** |
| MICHAEL W. PERRY and A. SCOTT KEYS, | |
| Defendants. | Honorable George H. King<br>Courtroom 650 |

Pursuant to Local Rule 7.1-1, the undersigned counsel of record for defendant Michael W. Perry certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**Plaintiff**: United States Securities & Exchange Commission.

**Defendants**: Michael W. Perry and A. Scott Keys.

**Potentially Liable Insurance Carriers**:  Axis Reinsurance Company; Ace American Insurance Company; Arch Insurance Company; Certain Underwriters at Lloyd's, London and Lexington Insurance Company; Continental Casualty Company; Federal Insurance Company; National Union Fire Insurance Company of Pittsburgh, PA; Twin City Fire Insurance Company; XL Specialty Insurance Company; and Zurich American Insurance Company.


DATED:  June 17, 2011

Respectfully submitted,

COVINGTON & BURLING LLP


By:   ___/s/ Benjamin J. Razi_____
            Benjamin J. Razi

Attorneys for Defendant Michael W. Perry