D. Jean Veta (Admitted *Pro Hac Vice*)
jveta@cov.com
Benjamin J. Razi (Admitted *Pro Hac Vice*)
brazi@cov.com
Alexander L. Ellenberg (Admitted *Pro Hac Vice*)
aellenberg@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel:  (202) 662-6000
Fax:  (202) 662-6291

David B. Bayless (SBN 189235)
dbayless@cov.com
Tammy Albarrán (SBN 215605)
talbarran@cov.com
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111-5356
Tel.:  (415) 591-6000
Fax:  (415) 591-6091

Attorneys for Defendant
MICHAEL W. PERRY

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL W. PERRY and A. SCOTT KEYS,<br><br>        Defendants. | Case No. CV 11-1309 GHK (JCx)<br><br>**PROOF OF SERVICE**<br><br><br><br>Honorable George H. King<br>Courtroom: 650 |

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am employed with the law firm of Covington & Burling LLP, whose address is 1201 Pennsylvania Avenue, NW, Washington, DC 20004. I am readily familiar with the business practices of this office for collection and processing of correspondence; I am over the age of eighteen years and not a party to this action.

On June 17, 2011, I served the following:

**CERTIFICATE AS TO INTERESTED PARTIES OF DEFENDANT MICHAEL W. PERRY**

on the parties in this action by placing true and correct copies thereof as indicated below, addressed as follows:

| Donald W. Searles<br>searlesd@sec.gov<br>Nicholas S. Chung<br>chungni@sec.gov<br>Securities and Exchange Commission<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036<br>Tel: (323) 965-3998<br>Fax: (323) 965-3908<br>*Counsel for Securities and Exchange Commission* | Gregory S. Bruch, Esq.<br>gbruch@willkie.com<br>Jessica L. Matelis, Esq.<br>jmatelis@willkie.com<br>Julie A. Smith, Esq.<br>jasmith@willkie.com<br>Willkie Farr & Gallagher LLP<br>1875 K Street, NW<br>Washington, DC 20006<br>Tel: (202) 303-1000<br>Fax: (202) 303-2000<br>*Counsel for A. Scott Keys* |
|---|---|

☐    (BY MAIL). I placed true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence

PROOF OF SERVICE

Case No. CV 11-1309 GHK (JCx)

for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☐ (BY OVERNIGHT MAIL). I placed true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for Federal Express mailing is collected by Federal Express on the same day in the ordinary course of business.

■ (BY ELECTRONIC MAIL). I caused such document(s) to be delivered by electronic mail to the addressee(s).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this proof of service was executed on June 17, 2011 in Washington, DC.

                    /s/ Benjamin J. Razi
                    Benjamin J. Razi

3       PROOF OF SERVICE
Case No. CV 11-1309 GHK (JCx)