1  DONALD W. SEARLES, Cal. Bar No. 135705
   *e-mail: searlesd@sec.gov*
2  NICHOLAS S. CHUNG, Cal. Bar No. 193784
   *e-mail: chungni@sec.gov*
3
   Attorneys for Plaintiff
4  Securities and Exchange Commission
   Michele Wein Layne, Acting Regional Director
5  John M. McCoy III, Associate Regional Director
   John W. Berry, Regional Trial Counsel
6  5670 Wilshire Boulevard, 11th Floor
   Los Angeles, California 90036
7  Telephone: (323) 965-3998
   Facsimile: (323) 965-3908
8

9

10                    **UNITED STATES DISTRICT COURT**

11                    **CENTRAL DISTRICT OF CALIFORNIA**

12

13 | SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 11-01309 R (JCx) |
14 |                                      |                              |
15 | Plaintiff,                           | **PROTECTIVE ORDER**         |
   | vs.                                  | Honorable Manuel L. Real     |
16 | MICHAEL W. PERRY and A. SCOTT KEYS,  | Courtroom No. 8              |
17 |                                      |                              |
   | Defendants                           |                              |
18

1  WHEREAS, Plaintiff Securities and Exchange Commission (the "SEC") has issued a
2  subpoena for the deposition of non-party Dayton Lierley, a partner with Ernst & Young LLP
3  (together with Mr. Lierley, "EY") in the above-captioned action ("Action"), and Defendants
4  Michael Perry and Scott Keys (together with the SEC, the "Parties") have cross-noticed Mr.
5  Lierley's deposition;

6  WHEREAS, EY and the Parties believe that some of the documents expected to be
7  introduced at deposition as well as anticipated testimony may constitute or reflect trade secrets
8  and/or other non-public, business, financial, commercial, proprietary, personal and/or other
9  sensitive information within the meaning of Federal Rule of Civil Procedure 45(c)(3)(B)(i),
10 Federal Rule of Bankruptcy Procedure 9016, or other provisions of applicable federal and state
11 law, which, if not kept confidential, could be injurious to the interests of EY;

12 WHEREAS, EY and the Parties believe that some of the documents expected to be
13 introduced at deposition as well as anticipated testimony may constitute or reflect unpublished
14 information of the Office of the Comptroller of the Currency, and such information is
15 confidential agency information, subject to the restrictions provided by 12 C.F.R. 510.5; and

16 Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, EY and the Parties, by
17 and through their respective counsel of record, hereby stipulate and agree to be bound by the
18 terms of a Stipulation Regarding Confidentiality restricting the disclosure of protected
19 information, said stipulation having been filed with the Court on May 9, 2012.  Accordingly,
20 GOOD CAUSE APPEARING THEREFORE,

21 IT IS HEREBY ORDERED that the parties shall be bound by the terms of the Stipulation
22 Regarding Confidentiality.

23

24 IT IS SO ORDERED:

25 Dated __May 10, 2012_____   _____
                                                          The Honorable Manuel L. Real
26                                                       United States District Judge

27

28

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

[X] U.S. SECURITIES AND EXCHANGE COMMISSION, 5670 Wilshire Boulevard, 11th Floor, Los Angeles, California 90036-3648

Telephone No. (323) 965-3998; Facsimile No. (323) 965-3908.

On May 9, 2012, I caused to be served the document entitled **[PROPOSED] PROTECTIVE ORDER** on all the parties to this action addressed as stated on the attached service list:

[ ] **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

[ ] **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

[ ] **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

[ ] **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

[ ] **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

[ ] **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

[X] **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

[ ] **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 9, 2012    /s/ Donald W. Searles
                    Donald W. Searles

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

**SEC v. MICHAEL W. PERRY and A. SCOTT KEYS**
**United States District Court – Central District of California**
**Case No. 2:11-cv-01309-R (JCx)**
**(LA-3517)**

SERVICE LIST

**Counsel for Michael W. Perry:**
D. Jean Veta, Esq. **(served via CM/ECF only)**
Benjamin J. Razi, Esq. **(served via CM/ECF only)**
Dennis B. Auerbach, Esq. **(served via CM/ECF only)**
Jason Levine, Esq. **(served via CM/ECF only)**
Nishchay H. Maskay, Esq. **(served via CM/ECF only)**
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
jveta@cov.com
brazi@cov.com
dauerbach@cov.com
jlevine@cov.com
nmaskay@cov.com


**Counsel for A. Scott Keys:**
Gregory S. Bruch, Esq. **(served via CM/ECF only)**
Jessica L. Matelis, Esq. **(served via CM/ECF only)**
Julie A. Smith, Esq. **(served via CM/ECF only)**
Willkie Farr & Gallagher LLP
1875 K Street, NW
Washington, D.C. 20006-1238
GBruch@willkie.com
JMatelis@willkie.com
jasmith@willkie.com


**Counsel for Non-Parties Dayton Lierley and Ernst & Young, LLP:**
Miles N. Ruthberg, Esq. **(served via Electronic Mail only)**
Robert W. Perrin, Esq. **(served via Electronic Mail only)**
Melanie M. Blunschi, Esq. **(served via Electronic Mail only)**
Latham & Watkins LLP
355 South Grand Avenue
Los Angeles, CA 90071-1560
Miles.Ruthberg@lw.com
Melanie.Blunschi@lw.com
Robert.Perrin@lw.com