# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-1309-R**                                              **Date: MAY 21, 2012**

**TITLE: S.E.C. V. MICHAEL W. PERRY et al**

==================================================================

**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| William Horrell | Bridget Montero |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**   **ATTORNEYS PRESENT FOR DEFENDANTS:**

Donald Searles                                       D. Jean Veta
Nicholas Chung                                       Gregory Bruch
John Berry                                           Julie Smith
                                                     Dennis Auerbach

**PROCEEDINGS:** Defendant MIchael Perry's motion for partial summary judgment (fld 4-6-12)
Defendant Scott Keys's moition for partial summay judgment, and joinder in M Perry's motion for partial summary judgment (fld 4-6-12)

**The Court hears arguments of counsel.**

**The Court GRANTS each of the above-listed motions, for reasons as stated on the record.**

**Defendants shall submit proposed uncontroverted facts and conclusions of law, and proposed judgments.**

14 min

**MINUTES FORM 90**                                   **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**