WILLKIE FARR & GALLAGHER LLP
Gregory S. Bruch (admitted *pro hac vice*)
gbruch@willkie.com
Julie A. Smith (CA Bar #147178)
jasmith@willkie.com
Jessica L. Matelis (admitted *pro hac vice*)
jmatelis@willkie.com
Katherine D. Hanniford (admitted *pro hac vice*)
khanniford@willkie.com
1875 K Street, NW
Washington, D.C. 20006
Tel: 202-303-1000
Fax: 202-303-2000

Attorneys for Defendant
A. Scott Keys

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION AT LOS ANGELES

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL W. PERRY and A. SCOTT KEYS<br><br>　　　　　　　　Defendants. | Case No. CV-11-01309-R<br><br>**ORDER OF FINAL JUDGMENT AS TO DEFENDANT A. SCOTT KEYS**<br><br>Courtroom:　　8<br>Judge:　　　　Hon. Manuel L. Real |

Pursuant to this Court's ruling of May 21, 2012, and this Court's Order and Uncontroverted Facts and Conclusions of Law entered on May 31, 2012 granting summary judgment to A. SCOTT KEYS and MICHAEL W. PERRY, which disposed of all of the claims of Plaintiff U.S. Securities & Exchange Commission against A. Scott Keys;

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the Clerk shall enter Final Judgment of Dismissal in favor of A. SCOTT KEYS as to all claims asserted by Plaintiff U.S. Securities & Exchange Commission in this matter.

IT IS SO ORDERED AND ADJUDGED.

DATED: May 31, 2012     By: _____

Hon. Manuel L. Real

UNITED STATES DISTRICT JUDGE