# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

**CASE NO.: CV-11-1309-R**                                          **Date: June 18, 2012**

**TITLE: S.E.C. V. MICHAEL W. PERRY et al**
================================================================

**PRESENT:**

**HON. MANUEL L. REAL, JUDGE**

| **William Horrell** | **Sheri Kleeger** |
|---|---|
| **Deputy Clerk** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**

   Donald Searles                                         D. Jean Veta
   Nicholas Chung                                         Jason Levine


**PROCEEDINGS:**
1) Defendant Perry's motion in limine to exclude the testimony of Professor Anthony Saunders (fld 5-25-12)
2) Defendant Perry's motion in limine to exclude the testimony of certain analysts (5-25-12)
3) Plaintiff's motion in limine # 1 to exclude certain portions of the expected expert testimony of Kenneth M Lehn (fld 5-25-12)
4) Plaintiff's motion in limine # 2 to exclude all of the expected expert testimony of Edward H Fleishman (fld 5-25-12)
5) Plaintiff's motion in limine to preclude defendant from presenting improper hearsay testimony and documentary evidence (fld 5-30-12)

The parties submit on their papers as filed.

The Court rules as follows on the above-listed motions in limine, for reasons as stated on the record::
Item # 1 - GRANTED; Item # 2 - DENIED; Item # 3 - GRANTED;
Item # 4 - GRANTED; Item # 5 - DENIED without prejudice to revisit the matters therein during the trial of the matter.

Counsel to submit proposed orders.

                                                                            8 min

**MINUTES FORM 90**                                      **Initials of Deputy Clerk   WH**
**CIVIL -- GEN**