1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL W. PERRY and A. SCOTT KEYS,<br><br>　　　　Defendants. | Case No. CV-11-1309 R<br><br>**ORDER GRANTING DEFENDANT MICHAEL W. PERRY'S MOTION IN LIMINE TO EXCLUDE THE TESTIMONY OF PROFESSOR ANTHONY SAUNDERS**<br><br>Hearing Date: June 18, 2012<br>Time: 11:00 a.m.<br>Courtroom: No. 8<br>Judge: Honorable Manuel L. Real |

The Court having considered Defendant Michael W. Perry's Motion *in Limine* to Exclude the Testimony of Professor Anthony Saunders, Mr. Perry's Memorandum of Points and Authorities in support thereof, the Memorandum of Points and Authorities of Plaintiff Securities and Exchange Commission ("SEC") in opposition thereto, and all other relevant papers filed in the proceedings herein, it is, for good cause shown, hereby ordered that Mr. Perry's Motion *in Limine* to Exclude the Testimony of Professor Anthony Saunders is GRANTED.  Saunders' analysis regarding materiality only reflects his opinion and is not supported by sufficient concrete analysis.  In addition, Saunders's summaries of public documents are not helpful to the factfinder.  They are inadmissible because they do not address an issue beyond the common knowledge of the average layman. Saunders therefore may not testify at the trial in this action.

IT IS SO ORDERED.

Dated:  _July 9, 2012

The Honorable Manuel L. Real
United States District Judge