1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9              FOR THE CENTRAL DISTRICT OF CALIFORNIA
10                          WESTERN DIVISION

11
12  SECURITIES AND EXCHANGE           Case No. CV-11-1309 R
    COMMISSION,
13
         Plaintiff,
14                                    **ORDER GRANTING
         v.                           DEFENDANT MICHAEL W.
15                                    PERRY'S MOTION FOR
    MICHAEL W. PERRY and A.           PARTIAL SUMMARY
16  SCOTT KEYS,                       JUDGMENT ON PLAINTIFF'S
                                      RISK WEIGHTING AND
17       Defendants.                  SECTION 17(a)(2) CLAIMS**

18
19                                    Hearing Date: September 10, 2012
                                      Time:  10:00 a.m.
20                                    Courtroom:  No. 8
                                      Judge:  Honorable Manuel L. Real
21
22
23
24
25
26
27
28                                          [PROPOSED] ORDER GRANTING DEFENDANT
                                               MICHAEL W. PERRY'S MOTION FOR
                                                   PARTIAL SUMMARY JUDGMENT
                                                         Case No. CV-11-1309 R

1  Defendant Michael W. Perry's Motion for Partial Summary Judgment came
2  on regularly for hearing on September 10, 2012, in Courtroom 8 of the United
3  States District Court, Central District of California, located at 312 North Spring
4  Street, Los Angeles, CA 90012, the Honorable Manuel L. Real presiding.
5  Attorneys John Berry, Donald Searles, and Nicholas Chung appeared on behalf of
6  Plaintiff Securities and Exchange Commission.  Attorney D. Jean Veta appeared
7  on behalf of Mr. Perry.  The Court, having considered the oral argument of
8  counsel, all papers filed in connection with the motion, and all other matters
9  presented, hereby

10  ORDERS that, for the reasons stated at the September 10, 2012 hearing and
11  in the Uncontroverted Facts and Conclusions of Law entered in connection
12  therewith, summary judgment is GRANTED in favor of Mr. Perry on the
13  following claims asserted in this action:

14  1. Plaintiff's claim against Mr. Perry relating to the risk weighting
15  IndyMac Bancorp, Inc. ("Bancorp") used to calculate the capital ratios
16  of IndyMac Bank, F.S.B. as of March 31, 2008, and the disclosure
17  thereof in Bancorp's May 12, 2008 SEC filings; and
18  2. Plaintiff's claim against Mr. Perry under section 17(a)(2) of the
19  Securities Act, 15 U.S.C. § 77q(a)(2), as to all remaining issues in the
20  case.

22  IT IS SO ORDERED AND ADJUDGED.

23  DATED: Sept. 24, 2012     _____
24                             The Honorable Manuel L. Real
25                             United States District Court Judge

1  [PROPOSED] ORDER GRANTING DEFENDANT
MICHAEL W. PERRY'S MOTION FOR
PARTIAL SUMMARY JUDGMENT
Case No. CV-11-1309 R