DONALD W. SEARLES, Cal. Bar No. 135705
E-mail: searlesd@sec.gov
NICHOLAS S. CHUNG, Cal. Bar No. 192784
E-mail: chungni@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
John M. McCoy, III Associate Regional Director
John W. Berry, Regional Trial Counsel
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036-3648
Telephone: (323) 965-3998
Facsimile: (323) 965-3908

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL W. PERRY and A. SCOTT KEYS,<br><br>　　　　Defendants. | Case No. CV-11-1309-R<br><br>**FINAL JUDGMENT AS TO DEFENDANT MICHAEL W. PERRY** |

1    The Securities and Exchange Commission having filed a Complaint and
2 Defendant Michael W. Perry having entered a general appearance; consented to the
3 Court's jurisdiction over Defendant and the subject matter of this action; consented
4 to entry of this Final Judgment without admitting or denying the allegations of the
5 Complaint (except as to jurisdiction); waived findings of fact and conclusions of
6 law; and waived any right to appeal from this Final Judgment:

**I.**

8    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant
9 and Defendant's agents, servants, employees, attorneys, and all persons in active
10 concert or participation with them who receive actual notice of this Final Judgment
11 by personal service or otherwise are permanently restrained and enjoined from
12 violating Section 17(a)(3) of the Securities Act of 1933 (the "Securities Act") [15
13 U.S.C. §§ 77q(a)(3)] in the offer or sale of any security by the use of any means or
14 instruments of transportation or communication in interstate commerce or by use
15 of the mails, directly or indirectly, to engage in any transaction, practice, or course
16 of business which operates or would operate as a fraud or deceit upon the
17 purchaser.

**II.**

19    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant
20 shall pay a civil penalty in the amount of $80,000 pursuant to Section 20(d)(1) of the
21 Securities Act [15 U.S.C. § 77t(d)(1)]. Defendant shall make this payment within 14
22 days after entry of this Final Judgment by certified check, bank cashier's check, or
23 United States postal money order payable to the Securities and Exchange Commission.
24 The payment shall be delivered or mailed to the Enterprise Service Center, Accounts
25 Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169, and
26 shall be accompanied by a letter identifying Michael W. Perry as a defendant in this
27 action; setting forth the title and civil action number of this action and the name of this
28 Court; and specifying that payment is made pursuant to this Final Judgment. Defendant

shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961. The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

### III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendant shall comply with all of the undertakings and agreements set forth therein.

### IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

DATED: Sept. 27, 2012

_____
UNITED STATES DISTRICT JUDGE